| | | |
|---|---|---|
| Trustee Name, Address, Phone, Fax, Email:<br>Howard M. S. Hu<br>Standing Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | For court use only<br>FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2011 MAY 25 A 9:30<br>MICHAEL B. DOWLING<br>CLERK OF COURT | |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **06-00196** | |
| In re:<br>**ROY PASION ANDRES**<br><br>Debtor(s). | Chapter: 13 | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 2,891.86 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 016 | HIRAYAMA, HIROSHI<br>4623 KAHALA AVENUE<br>HONOLULU, HI 96816-5210 | $ 10,760.00 | $ 2,891.86 |
| | | $ | $ |
| | | $ | $ |

[Attach continuation sheets if necessary.]

Date: May 25, 2011

/s/ _____
Trustee

hib_3011      5/05

U.S. Bankruptcy Court - Hawaii   #06-00196   Dkt # 61   Filed 05/25/11   Page 1 of 1